870

No. 738. DECKER ET AL. v. KENTUCKY. Court of Appeals of Kentucky. Certiorari denied. *Walter B. Smith* for petitioners. *John B. Breckinridge,* Attorney General of Kentucky, and *Troy D. Savage,* Assistant Attorney General, for respondent.

No. 740. MATHESON v. ARMBRUST. C. A. 9th Cir. Certiorari denied. *Justin N. Reinhardt* for petitioner. *William F. White* for respondent. *Solicitor General Cox, Walter P. North* and *David Ferber* filed a brief for the Securities and Exchange Commission, as *amicus curiae,* in opposition to the petition.

No. 742. DEERE & Co. v. ENGLAND. C. A. 7th Cir. Certiorari denied. *Arthur H. Boettcher, Cameron A. Whitsett* and *Edward C. Grelle* for petitioner. *John M. Mason* and *Penrose Lucas Albright* for respondent.

No. 743. RENDON v. GOLDNER. C. A. 2d Cir. Certiorari denied. *Benjamin H. Siff* for petitioner. *Harry Seidell* for respondent.

No. 745. JENSEN v. NEBRASKA STATE BAR ASSOCIATION. Supreme Court of Nebraska. Certiorari denied. *Joseph T. Votava* for petitioner. *Clarence A. H. Meyer,* Attorney General of Nebraska, and *Gerald S. Vitamvas,* Deputy Attorney General, for respondent.

No. 755. BENSON v. BRATTLEBORO RETREAT. Supreme Court of New Hampshire. Certiorari denied. *Dort S. Bigg* for petitioner. *Stanley M. Brown* for respondent.